UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

LINDA HAMILTON,

    Plaintiff,

vs.                                  CASE NO: 6:07-cv-01357-MLB-KMH

IKM, LLC; SUMMIT AVENUE, LLC and
JOLLY OX CLUB OF KANSAS, INC.,

    Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    The Plaintiff, Linda Hamilton, and Defendants, IKM, LLC, Summit Avenue, LLC and Jolly Ox Club of Kansas, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal Without Prejudice.

    WHEREFORE, the parties move this Court for the entry of a Final Order dismissing this case without prejudice and Plaintiff and Defendant to bear their own attorney fees and costs.

    Respectfully submitted this 4th day of June 2008.

| | |
|---|---|
| /s/ Edward I. Zwilling | /s/ David Michael Rapp |
| Edward I. Zwilling | David Michael Rapp, Esq |
| Attorney for Plaintiff | Attorney for Defendant |
| Schwartz Zweben | Hinkle Elkouri Law Firm, LLC |
| 600 Vestavia Parkway, Suite 251 | 301 North Main |
| Birmingham, Alabama 35216 | 2000 Epic Center |
| Telephone: (205) 822-2701 | Wichita, Kansas 67202-4820 |
| Facsimile: (205) 822-2702 | Telephone: (316) 267-2000 |
| Email: ezwilling@szalaw.com | Facsimile: (316) 264-1556 |
| | Email: drapp@hinklaw.com |
| /s/ Lawrence W. Williamson, Jr. | /s/ Timothy J. Bomhoff |
| Lawrence W. Williamson, Jr. | Timothy J. Bomhoff, Esq. |
| Williamson Law Firm, LLC | McAfee & Taft |
| 816 Ann Avenue | 10th Floor |
| Kansas City, Kansas 66101 | Two Leadership Square |
| Telephone: (913) 871-7060 | 211 North Robinson |
| Facsimile: (913) 535-0736 | Oklahoma City, Oklahoma 73102-7103 |
| Email: l.williamson@williamsonfirm.com | Telephone: (405) 235-9621 |
| | Email: tim.bomhoff@mcafeetaft.com |