UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

LINDA HAMILTON,

    Plaintiff,

                                    CASE NO: 6:07-cv-01357-MLB-KMH

vs.

IKM, LLC; SUMMIT AVENUE, LLC and
JOLLY OX CLUB OF KANSAS, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    THIS CAUSE came before consideration of this Court upon the parties Joint Stipulation of Dismissal Without Prejudice.

    The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that this action be and same is hereby dismissed against Defendant without prejudice and Plaintiff and Defendant to bear their own attorney fees and costs.

    DONE AND ORDERED this the 6th day of June 2008.


                                                      S/Monti Belot
                                                      U.S. District Judge